

**IN THE
TENTH COURT OF APPEALS**

_____

## No. 10-13-00033-CR

## IN RE RHETT WEBSTER PEASE

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied. Relator's "Request for Temporary Relief" is dismissed as moot.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed February 7, 2013
[OT06]